**William H. O'ROURKE, Appellee**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Martin F. Horn, Commissioner, Pennsylvania Department of Corrections, David H. Larkins, Superintendent, State Correctional Institution–Dallas, Thomas Stachelek, Deputy Superintendent, State Correctional Institution–Dallas, Captain Thomas Martin, John Docknovitch, Mark Rapson, and Samuel Zambeto, Appellants.**

Supreme Court of Pennsylvania.

May 26, 2004.

### ORDER

PER CURIAM:

AND NOW, this 26th day of May, 2004, the order of the Commonwealth Court is **AFFIRMED.**